# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETER WACHANIA NGUGI,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

Case No. 1:25-cv-01783-KES-EPG-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 8, 2026, the assigned district judge adopted the findings and recommendations, granted Petitioner's motion for preliminary injunction, ordered Petitioner's immediate release, and referred the matter to the undersigned for further proceedings. (ECF No. 30.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a response to the second amended petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction;

2. Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply; and

///

1

3.  If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **April 9, 2026**              /s/ *Erici P. Grosj*
                                        UNITED STATES MAGISTRATE JUDGE