**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PETER WACHANIA NGUGI,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

Case No. 1:25-cv-01783-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE

Docs. 20, 34

Petitioner Peter Wachania Ngugi is a former immigration detainee proceeding with counsel on a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See generally* Doc. 20.

On February 24, 2026, petitioner filed a motion for preliminary injunction. Doc. 21. The Court granted the preliminary injunction, ordered respondents to release petitioner, and referred the matter to the magistrate judge for further proceedings. Doc. 30.

On July 27, 2026, the magistrate judge issued findings and recommendations recommending the Court grant the second amended petition for writ of habeas corpus on the fourth claim for relief. Doc. 34 at 2. The findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having

carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on July 27, 2026, Doc. 34, are ADOPTED in full.
2. The second amended petition for writ of habeas corpus, Doc. 20, is GRANTED on the fourth claim of relief.
3. The Clerk is directed to terminate any remaining motions as moot and to close the case.

IT IS SO ORDERED.

Dated: August 25, 2026

UNITED STATES DISTRICT JUDGE